NOAH H. HOPKINS, Respondent, *v.* WILHELM BRAUN, Appellant.

(Submitted April 19, 1875; decided April 30, 1875.)

THIS was a submission of a controversy under section 372 of the Code.   The case presented similar questions, and was decided upon the authority of *Wood* v. *Squires* (60 N. Y., 191).

*Harison & De La Mare* for the appellant.

*Strong & Spear* for the respondent.

Miller, J., reads for reversal of judgment, and for dismissal of the proceedings.

All concur.

Ordered accordingly.